## COMMONWEALTH vs. BENJAMIN DORMER.

A continuance of an indictment on *St.* 1855, *c.* 215, is effectual, although no written statement is filed of the reasons therefor, pursuant to § 35.

INDICTMENT found at June term 1857 of the court of common pleas, under *St.* 1855, *c.* 215, § 17, for being a common seller of intoxicating liquor.

Upon a trial at the same term, the jury disagreed, and the case was continued by the court to the next October term; but no written statement was made, either in behalf of the defendant or by the prosecuting officer, setting forth the reasons for a continuance, notwithstanding the provision of *St.* 1855, *c.* 215, § 35, that " the prosecuting officer shall not have authority to enter a *nolle prosequi*, or to grant a continuance, in any case arising under this act, either before or after the verdict, except where the purposes of justice may require it, which shall be shown either upon a written motion filed in the case on behalf of the defendant, or a written statement filed by the prosecuting officer, stating the reason for a continuance." And upon this ground the defendant contended that he could not legally be tried at October term. *Bishop*, J. overruled the motion, and the defendant, being convicted, alleged exceptions.

*E. Ripley*, for the defendant, cited *St.* 1855, *c.* 215, § 35; *Commonwealth* v. *Thompson*, 2 Gray, 82; *Amherst* v. *Hadley*, 1 Pick 38; *People* v. *M'Kay*, 18 Johns. 212.

*S. H. Phillips*, (Attorney General,) for the Commonwealth, was stopped

BY THE COURT, who            *Overruled the exceptions.*